No. 86–1633. NORWICH EATON PHARMACEUTICALS, INC. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1642. MONONGAHELA POWER CO. ET AL. *v.* MARSH, SECRETARY OF THE ARMY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–1643. MISSISSIPPI *v.* FLOYD. Sup. Ct. Miss. Certiorari denied.

No. 86–1646. TEXAS *v.* WILLIAMS. Ct. Crim. App. Tex. Certiorari denied.

No. 86–1647. GOLDIN, COMPTROLLER OF THE CITY OF NEW YORK, ET AL. *v.* BAKER, SECRETARY OF THE TREASURY. C. A. 2d Cir. Certiorari denied.

No. 86–1665. HURT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–1673. GREGORY *v.* DRURY ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1674. HESTERMAN, EXECUTRIX OF THE ESTATE OF HESTERMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–1678. MORRIS *v.* GARMON. Sup. Ct. Ark. Certiorari denied.

No. 86–1709. CHANDLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–1710. KNAPP *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 86–1717. JENKINS ET AL. *v.* MISSOURI ET AL.; and
No. 86–1718. KANSAS CITY, MISSOURI, SCHOOL DISTRICT ET AL. *v.* MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–1720. TREVINO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–1729. CALIFORNIA STATE LANDS COMMISSION *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.